IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELVIN LEWIS CLARK, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN SCI FRACKVILLE, et al., | : | NO. 15-cv-938 |
| Respondents. | : | |

**FILED**
MAR - 1 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

<u>ORDER</u>

AND NOW, this 29TH day of February, 2016, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED with prejudice.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
GERALD A. MCHUGH,    J.